UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| CRAIG HILL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:18-cv-00266-JAR |
| | ) | |
| BRIGETT AGNEW, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff Craig Hill's motion for leave to proceed in forma pauperis. (Docket No. 2). A plaintiff seeking leave to proceed in forma pauperis is required to "submit a certified copy of the trust fund account statement (or institutional equivalent)…for the 6-month period immediately preceding the filing of the complaint." 28 U.S.C. § 1915(a)(2). Plaintiff has not submitted the requisite copy of his account statement. As such, the Court will order plaintiff to submit a copy of his inmate account statement within thirty days of the date of this order. Failure to comply with this order shall result in the dismissal of this case.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff shall file a certified copy of his inmate account statement within **thirty (30) days** of the date of this order.

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this order, this case shall be dismissed without prejudice and without further notice to plaintiff.

Dated this 6th day of November, 2018.

_____
**JOHN A. ROSS
UNITED STATES DISTRICT JUDGE**